United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| REBECCA ARNOLD, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:17-CV-00064 |
| § | |
| WHARTON NURSING AND § | |
| REHABILITATION CENTER, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

The parties in the above styled and numbered cause of action have filed a Rule 41 joint stipulation of dismissal with prejudice (Dkt. No. 22).

It is therefore, ORDERED that this case is dismissed with prejudice.

It is further ORDERED each party will bear its own costs.

It is so ORDERED.

SIGNED on this 14th day of November, 2018.

_____
Kenneth M. Hoyt
United States District Judge